# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00144-CV

**The State of Texas, Appellant**

**v.**

**City of Austin, Texas; County of Travis, Texas; Steve Adler, in his Official Capacity as Mayor, City of Austin, Texas; Andy Brown, in his Official Capacity as County Judge, County of Travis, Texas; and Mark E. Escott, in his Official Capacity as Interim Medical Director and Health Authority for the City of Austin and County of Travis, Appellees**

## FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-001046, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

Thomas J. Baker, Justice

Chief Justice Byrne, Justices Baker and Smith

Dismissed on Agreed Motion

Filed: June 11, 2021